# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1470
Lower Tribunal No. F17-626
_____

**Darrell Sanders,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Rasco Klock, and Joseph P. Klock, Jr., for appellant.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>D.G. v. State</u>, 315 So. 3d 72, 76 (Fla. 3d DCA 2020) ("The trial court's finding of a willful and substantial violation of probation term is reviewed for competent, substantial evidence. The trial court's decision to revoke probation based on such evidence is reviewed for an abuse of discretion.") (citation omitted); <u>Savage v. State</u>, 120 So. 3d 619, 621 (Fla. 2d DCA 2013) ("[W]e first assess whether the finding of a willful and substantial [probation] violation is supported by competent substantial evidence.").